UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                              Chapter 11
                                                    Case No. 00-4667(KG)
Montgomery Ward, LLC, et al.,

          Debtors.
---------------------------------------------------X
MONTGOMERY WARD, LLC, et al.,
                                                    Adversary Proceeding
          Plaintiffs,
     v.                                             No. 02-9282 (RTL)

OTC INTERNATIONAL, LTD.,

          Defendant.
---------------------------------------------------X

## ORDER

This matter having been tried to the court, for the reasons set forth in the accompany opinion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of defendant finding no cause of action.

Dated: September 12, 2006

_____
Raymond T. Lyons,
United States Bankruptcy Judge