IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Montgomery Ward, LLC, *et al.*,<br>Debtor, | Bk. No. 00-4667(KG)<br>Chapter 11<br>Adv. No.02-9282-RTL |
| Montgomery Ward, LLC, *et al.*, Debtor in Possession,<br>Appellant,<br>vs.<br>OTC International, Ltd.,<br>Appellee. | C.A. NO. 06-639(JJF) |

### ORDER DISMISSING APPEAL

Having considered the Stipulation to Dismiss Appeal with Prejudice Pursuant to Fed.R.Bankr.P. 8001(c)(2) filed in the above-captioned matter, it is hereby:

ORDERED that this appeal is dismissed.

March 28, 2007

United States District Judge